THOMAS A. CUTTS, Appellant, *v.* WILLIAM B. GUILD, Respondent.

(Argued June 13, 1877; decided June 22, 1877.)

THIS case is reported, upon a former appeal, in 53 N. Y., 229.　The court here held that the case, as now presented, was substantially the same, and that it is *res adjudicata.*

*Nathaniel C. Moak*, for appellant.

*E. N. Taft*, for respondent.

ALLEN, J., reads for affirmance.
All concur, except FOLGER and ANDREWS, JJ., not voting; MILLER, J., absent.
Judgment affirmed.